IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.                                         CRIMINAL NO.  3:07cr105WHB-LRA

CALVIN R. TYLER

ORDER OF DISMISSAL
COUNTS 2 AND 3

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2 and 3 of the Criminal Indictment against the defendant, CALVIN R. TYLER, without prejudice.

DUNN LAMPTON
United States Attorney

Date:   April 4, 2008                  By:   s/ Erin O. Chalk
                                             Assistant U. S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2 and 3.

ORDERED this the 7th day of April, 2008.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE